FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30644
13-MAR-2013
10:20 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


---oOo---

LAHAINA FASHIONS, INC., a Hawaiʻi corporation,
Plaintiff-Appellant/Cross-Appellee,
v.
BANK OF HAWAII, a Hawaiʻi corporation; HAWAIIAN
TRUST COMPANY, LTD., as Trustee for Hawaiʻi Real
Estate Equity Fund; HAWAIʻI REAL ESTATE EQUITY FUND;
PACIFIC CENTURY TRUST, a division of Bank of Hawaiʻi
as Trustee of the Hawaiʻi Real Estate Equity Fund,
Defendants-Appellees/Cross-Appellants
and
JOHN DOES 1-10, AND DOE ENTITIES 1-10, Defendants

NO. 30644

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0506(3))


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of Appellant's Motion for
Reconsideration of Opinion Filed February 21, 2013, filed on
March 4, 2013, the papers in support, and the record and file,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, March 13, 2013.

On the motion:

James M. Dombrowski
for Plaintiff-Appellant/
Cross-Appellee

Presiding Judge

Associate Judge

Associate Judge